IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VERGIL ANN JACKSON,<br><br>         Plaintiff,<br><br>v.<br><br>RGIS INVENTORY SERVICES, dba RGIS, LLC, dba RGIS,,<br><br>         Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No. 2:15-CV-9 TS<br><br>District Judge Ted Stewart |

On January 20, 2015, Plaintiff filed her Complaint.  This case was subsequently referred to the Magistrate Judge under 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge issued a Report and Recommendation on August 18, 2015.  This matter is before the Court for consideration of that Report and Recommendation.

The Magistrate Judge recommends that Defendant's Motion to Dismiss be granted, Plaintiff's Motion for Default Judgment be denied, Plaintiff's Motion for Rule 62 Stay of Proceedings to Enforce a Judgment be denied as moot, and the Court order the Clerk of Court to close this case.

Pursuant to 28 U.S.C. § 636(b), a party has 14 days from their receipt of the Report and Recommendation to file an objection.  Neither party has done so.  The Court has considered the pleadings in the file and the Report and Recommendation.  It is therefore

ORDERED that the Magistrate Judge's August 18, 2015 Report and Recommendation (Docket No. 47) is ADOPTED IN FULL.  It is further

ORDERED that Defendant's Motion to Dismiss (Docket No. 36) is GRANTED. It is further

ORDERED that Plaintiff's Motion for Default Judgment (Docket No. 33) is DENIED. It is further

ORDERED that Plaintiff's Motion for Rule 62 Stay of Proceedings to Enforce a Judgment (Docket No. 7) is DENIED AS MOOT.

The Clerk of Court is ordered to close this case forthwith.

DATED this 8th day of September, 2015.

BY THE COURT:

_____
Ted Stewart
United States District Judge